Argued January 18, affirmed January 18, petition for rehearing
denied February 5, petition for review denied March 16, 1971

STATE OF OREGON, *Respondent, v.*
PAUL ROWTON BAILLEAUX, *Appellant.*

479 P2d 245

*Gary D. Babcock,* Public Defender, Salem, argued the cause for appellant. With him on the brief was J. Marvin Kuhn, Deputy Public Defender, Salem.

*Gary D. Gortmaker,* District Attorney, Salem, filed the brief for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

## MEMORANDUM DECISION

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.